UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>Plaintiff,<br><br>v.<br><br>CA HEALTH CARE FACILITY, et al.,<br><br>Defendants. | No. 2:15-cv-1170 CKD P<br><br><br><br>ORDER |

By an order filed June 2, 2015, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 6.) The thirty day period has now expired, and plaintiff has not responded to the court's order or filed a completed application. Plaintiff has consented to magistrate judge jurisdiction to conduct all proceedings in this action. (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ford1170.fifp